Douglas R. Ricks, OSB No. 044026
Garrett S. Eggen, OSB No. 222197
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: dricks@sussmanshank.com
         geggen@sussmanshank.com

Attorneys for Debtor and Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No. 25-34175-dwh11 |
| | ) |
| Dairy Building, LLC, | ) DEBTOR'S MOTION FOR 90-DAY |
| | ) EXTENSION OF DEADLINE TO ASSUME |
| Debtor. | ) OR REJECT UNEXPIRED LEASES OF |
| | ) NONRESIDENTIAL REAL PROPERTY |
| | ) PURSUANT TO 11 U.S.C. § 365(d)(4) |
| | ) |
| | ) |
| | ) |

**NOTICE**

If you oppose the proposed course of action or relief sought in this Motion, you must file a written objection with the bankruptcy court no later than fourteen (14) days after the date listed in the certificate of service below. If you do not file an objection, the Court may grant this Motion without further notice or hearing. Your objection must set forth the specific grounds for objection and your relation to the case. The objection must be received by the clerk of court at 1050 SW 6th Avenue #700, Portland, OR 97204, by the deadline specified above or it may not be considered. You must also serve the objection on Debtor, c/o Douglas R. Ricks and Garrett S. Eggen, Sussman Shank LLP, 1000 SW Broadway, Suite 1400, Portland, OR 97205 (503) 277-1111, within that same time.  If the Court sets a hearing, you will receive a separate notice listing the hearing date, time, and other relevant information.

**Page 1 of 4** – DEBTOR'S MOTION FOR 90-DAY EXTENSION OF DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

**MOTION**

Debtor Dairy Building, LLC ("**Debtor**" or "**Dairy**") hereby moves this Court for entry of an order, substantially in the form attached hereto as <u>Exhibit A</u> (the "**Proposed Order**"), extending the currently scheduled deadline of April 14, 2026 (the "**Current Deadline**") for the Debtor to assume or reject its unexpired lease of nonresidential real property (the "**Leases**") pursuant to 11 U.S.C. § 365(d)(4)(b)(i) for 90 days, or until July 13, 2026 (the "**Proposed Deadline**"). In support of this Motion, the Debtor relies on the Declaration of Michael L. Tevis filed contemporaneously herewith (the "**Tevis Decl.**"). In further support of the Motion, the Debtor respectfully represents as follows:

**JURISDICTION**

1.     On December 15, 2025 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "**Bankruptcy Code**"). The Debtor continues in possession of its property and management of its operations as a debtor-in-possession in accordance with Sections 1107 and 1108 of the Code.

2.     This Court has jurisdiction over this case under 28 USC §§ 157 and 1334. Venue of this case is proper in this district under 28 USC §§ 1408. This matter is a core proceeding under 28 USC § 157(b), and § 366(b) of the Bankruptcy Code. The statutory basis for the relief requested is § 365(d)(4)(B) of the Bankruptcy Code.

**BACKGROUND**

3.     Dairy is the owner of a creative office space building with 20 tenant spaces, a caretaker's quarters, and basement storage located at 2715 SE 8th Avenue, Portland, OR 97202, more commonly known as the "Dairy Building". Dairy leases the underlying real property that hosts the Dairy Building from 2715, LLC pursuant to that certain Ground Lease attached to the Tevis Decl. as Ex. A (the "**Ground Lease**"). Other than the Ground Lease, Debtor does not have a leasehold interest in any other real property. *See* Tevis Decl., at ¶ 3.

**POINTS AND AUTHORITIES**

**Page 2 of 4** – DEBTOR'S MOTION FOR 90-DAY EXTENSION OF DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

4.     Section 365(d)(4) of the Bankruptcy Code provides, in pertinent part, that:

an unexpired lease of nonresidential real property under which the debtor is the lessee shall be deemed rejected, and the trustee shall immediately surrender that nonresidential real property to the lessor, if the trustee does not assume or reject the unexpired lease by the earlier of—

(i) the date that is 120 days after the date of the order for relief; or

(ii) the date of the entry of an order confirming a plan.

11 U.S.C. § 365(d)(4)(A) (the "**Assumption Deadline**").  However, 11 U.S.C. § 365(d)(4)(b)(i) provides that the court may extend the Assumption Deadline "for 90 days on the motion of the trustee or lessor for cause."

5.     Courts in the 9th Circuit consider a variety of non-exclusive factors when determining whether cause exists to grant such an extension, including:

    a.   Whether the lease is a primary asset of the debtor;

    b.   Whether the lessor continues to receive the rent required in the lease;

    c.   Whether the lessor will be damaged beyond the compensation available under the Bankruptcy Code due to the debtor's continued occupation; and

    d.   Any other factors bearing on whether the debtor has had a reasonable amount of time to decide to assume or reject the lease.

*See In re Ernst Home Center, Inc.*, 209 B.R. 967, 970 (Bankr. W.D. Wash. 1997) (citing *In re Victoria Station, Inc.*, 88 B.R. 231, 236 (9th Cir. BAP 1988), *aff'd*, 875 F.2d 1380 (9th Cir. 1989).  However, the test "for cause" under "Section 365(d)(4) leaves a great deal of discretion to the Court to weigh all relevant factors related to a request to extend the time for assumption or rejection of leases." *Ernst Home*, 209 B.R. at 970.  Applying this standard, it is clear that ample cause exists to extend the Assumption Deadline to the Proposed Deadline.

6.     As an initial matter, the Debtor is current on its post-petition obligations under the Ground Lease and believes that it will continue to fulfill such obligations through the Proposed Deadline. *See* Tevis Decl., at ¶ 5.

7.     Furthermore, the Ground Lease is a primary asset of the Debtor because the

**Page 3 of 4** – DEBTOR'S MOTION FOR 90-DAY EXTENSION OF DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

Ground Lease hosts the property on which the Debtor conducts all of its revenue generating activities. The Debtor would lose all revenue if it could no longer lease the Dairy Building real property that hosts all of its tenants. *Id.* at ¶ 6.

8. Finally, the Debtor believes that an extension of the Assumption Deadline is necessary because it is unlikely that a confirmation hearing on the Debtor's prospective plan will be held before the Assumption Deadline lapses. Per above, 11 U.S.C. § 365(d)(4)(A) provides that the Debtor must assume or reject its unexpired leases of nonresidential real property by the earlier of the Current Deadline or "the date of the entry of an order confirming a plan." Given that the Debtor has not yet filed its plan, it is probable that the confirmation hearing will not be held until after the Current Deadline. Therefore, preserving the Debtor's ability to assume (and likely, to assign as part of its plan) or reject the Ground Lease beyond the Current Deadline is critical.

**CONCLUSION**

WHEREFORE, the Debtor respectfully requests entry of an order granting the relief sought herein and such other and further relief as the Court may deem proper.

Dated this 25th day of March, 2026.

SUSSMAN SHANK LLP

By _____
*/s/ Garrett S. Eggen*

Douglas R. Ricks, OSB No. 044026
Garrett S. Eggen, OSB No. 222197
Attorneys for Debtor and
Debtor-in-Possession

28389-004 (05091371)

**Page 4 of 4** – DEBTOR'S MOTION FOR 90-DAY EXTENSION OF DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | ) | Case No. 25-34175-dwh11 |
|---|---|---|
| | ) | |
| Dairy Building, LLC, | ) | ORDER GRANTING DEBTOR'S |
| | ) | MOTION FOR 90-DAY EXTENSION OF |
| Debtor. | ) | DEADLINE TO ASSUME OR REJECT |
| | ) | UNEXPIRED LEASES OF |
| | ) | NONRESIDENTIAL REAL PROPERTY |
| | ) | PURSUANT TO 11 U.S.C. § 365(d)(4) |
| | ) | |

This matter came before the Court on the Debtor's motion for entry of an order extending the currently scheduled deadline of April 14, 2026 for the Debtor to assume or reject its leases of nonresidential real property pursuant to 11 U.S.C. § 365(d)(4)(b)(i) for 90 days, or until July 13, 2026 [Docket No. ___] (the "**Motion**").[1] Based upon the foregoing, and the record herein, and the Court, having determined that it has jurisdiction over this matter, that proper and adequate notice of the Motion has been given, and found that good cause exists to grant the Motion, it is, hereby ORDERED:

1.    The Motion is GRANTED;

2.    The deadline for the Debtor to assume or reject its unexpired leases of

---

[1] Capitalized terms not defined herein will have the meanings ascribed to them in the Motion.

**Page 1 of 2** – ORDER GRANTING DEBTOR'S MOTION FOR 90-DAY EXTENSION OF DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

nonresidential real property is extended to July 13, 2026;

3.    The Debtor is authorized to take such further actions as may be necessary or appropriate to effectuate the terms of this order; and

4.    This Court retains exclusive jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this order.

###

PRESENTED BY:

SUSSMAN SHANK LLP

/s/*Garrett S. Eggen*
Garrett S. Eggen, OSB No. 222197
geggen@sussmanshank.com
Attorneys for Debtor and Debtor-in-Possession

28389-004 (05091548)

**Page 2 of 2** – ORDER GRANTING DEBTOR'S MOTION FOR 90-DAY EXTENSION OF DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

EXHIBIT A - PAGE 2 of 2

CERTIFICATE OF SERVICE

I, Jennifer M. Houck declare as follows:

I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 SW Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state.

1.    I certify that on March 25, 2026, I served, via first class mail, a full and correct copy of the foregoing **DEBTOR'S MOTION FOR 90-DAY EXTENSION OF DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(D)(4)**, to the parties of record, addressed as follows:

Dairy Building, LLC
c/o Meritus Property Group
1111 NE Flanders St #206
Portland, OR 97232

2715 LLC
PO Box 42135
Portland, OR 9742

I also certify that on March 25, 2026, I served the above-referenced document(s) on all ECF participants as indicated on the Court's CM/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 25, 2026.

/s/ Jennifer M. Houck

_____
Jennifer M. Houck, Paralegal

DOCUMENT1

CERTIFICATE OF SERVICE - Page 1