Douglas R. Ricks, OSB No. 044026
Garrett S. Eggen, OSB No. 222197
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: dricks@sussmanshank.com
geggen@sussmanshank.com

Attorneys for Debtor and Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Dairy Building, LLC,<br><br>Debtor. | Case No. 25-34175-dwh11<br><br>DEBTOR'S REPLY IN SUPPORT OF NOTICE OF INTENT TO SELL REAL OR PERSONAL PROPERTY, COMPENSATE REAL ESTATE BROKER, AND/OR PAY SECURED CREDITOR'S FEES AND COSTS; MOTION FOR AUTHORITY TO SELL PROPERTY FREE AND CLEAR OF LIENS; AND NOTICE OF HEARING |

## REPLY

Debtor Dairy Building, LLC ("**Debtor**" or "**Dairy**") hereby files this reply in support of the Notice of Intent to Sell Real or Personal Property, Compensate Real Estate Broker, and/or Pay Any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing [Docket No. 58] (the "**Sale Motion**") and in response to 856 Brewing Company, LLC's ("**Creditor**") Objection [Docket No. 65] (the "**Objection**")[1] to the same. In support of this reply, the Debtor respectfully represents as follows:

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Objection.

1. Creditor's Objection claims that the proposed assumption and assignment of the Lease should not be approved because the Debtor has failed to return "Crux's $50,000.00 additional deposit." *See* Objection, at p. 2. While the Debtor disputes that it is in default under the Lease or Amendment due to Crux and/or Creditor's outstanding rents under the same that exceed $50,000, the Debtor has agreed to refund the Additional Deposit at the time of the closing of the sale contemplated by the Sale Motion. The Debtor has informed Creditor's counsel that it intends to do as much and requested that Creditor withdraw its Objection in light of the same. Despite such assurances, Creditor has not agreed to withdraw its Objection.

2. The Debtor submits that the return of the Additional Deposit to Creditor would undoubtedly cure any defaults under the parties' Lease and that therefore that there are no impediments to assumption or assignment of the same. *See* 11 U.S.C. § 365(b)(1)(A) ("If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee . . . ***cures, or provides adequate assurance that the trustee will promptly cure***, such default[.]"). Indeed, Northwest Bank has consented to the return of the Additional Deposit and Debtor's current cash on hand, as well as the anticipated sale proceeds, further provide adequate assurances that the supposed "default" will be cured. Accordingly, Creditor's Objection is moot. If Creditor nonetheless pursues its Objection, the Debtor reserves all rights to seek recovery of its attorney's fees under the Lease in litigating the same.

DATED this 12th day of June, 2026.

SUSSMAN SHANK LLP

By *_/s/ Garrett S. Eggen_*
Douglas R. Ricks, OSB No. 044026
Garrett S. Eggen, OSB No. 222197

*Attorneys for Debtor and Debtor-in-Possession*


SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

CERTIFICATE OF SERVICE

I, Jennifer M. Houck declare as follows:

I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 SW Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state.

I certify that on June 12, 2026, I served, via first class mail, a full and correct copy of the foregoing **DEBTOR'S REPLY IN SUPPORT OF NOTICE OF INTENT TO SELL REAL OR PERSONAL PROPERTY, COMPENSATE REAL ESTATE BROKER, AND/OR PAY SECURED CREDITOR'S FEES AND COSTS; MOTION FOR AUTHORITY TO SELL PROPERTY FREE AND CLEAR OF LIENS; AND NOTICE OF HEARING**, to the parties of record, addressed as follows:

Dairy Building, LLC
c/o Meritus Property Group
1111 NE Flanders St #206
Portland, OR 97232

Nathan Thompson
Immix Law Group
For 856 Brewing Company, LLC (Crux)
600 NW Naito Parkway, Ste G
Portland, OR 97209

I also certify that on June 12, 2026, I served the above-referenced document(s) on all ECF participants as indicated on the Court's CM/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 12, 2026.

/s/ Jennifer M. Houck
Jennifer M. Houck, Paralegal